HEATHER E. WILLIAMS, CA State Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY State Bar No. 5342100
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
RICKY LEWIS HILL

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>  vs.<br><br>RICKY LEWIS HILL,<br><br>    *Defendant.* | Case No. 1:13-cr-00196-DAD-BAM<br><br>**SEALING ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Supplemental Exhibit D to Defendant Ricky Hill's *Sentencing Memorandum*, shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated: __**January 7, 2021**__                    _____
                   UNITED STATES DISTRICT JUDGE